QUINN EMANUEL URQUHART & SULLIVAN, LLP
Marshall M. Searcy III (Bar No. 169269)
marshallsearcy@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendant Pfizer Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTIE KING, et al., | Case No. CV14-1823-FMO(ASx) |
| Plaintiffs, | NOTICE OF RELATED CASES BY DEFENDANT PFIZER INC. |
| v. | |
| PFIZER, Inc., et al., | |
| Defendants. | |

Defendant Pfizer Inc. ("Pfizer") hereby states that the below listed cases pending in this District are related pursuant to Local Civil Rule 83-1.3, as they all involve allegations of personal injuries allegedly due to ingestion of the prescription medication Lipitor, manufactured by Pfizer. The following list includes related cases filed in this District that may have recently been transferred or are expected to soon be transferred to the Lipitor multidistrict litigation ("MDL"), *In re: Lipitor (Atorvastatin Calcium) Marketing, Sales Practices and Products Liability Litigation (No. II)*, MDL No. 2502, which is currently pending before the Honorable Richard Gergel in the District of South Carolina. All of the following cases are currently pending before the Honorable Cormac J. Carney, or were before him prior to transfer:

   Baker v. Pfizer Inc., et al., 13 Civ. 7606

   Brandon v. Pfizer Inc., et al., 13 Civ. 1676

   Cook, et al. v. Pfizer Inc., 13 Civ. 2314

   Diaz, et al. v. Pfizer Inc., et al., D.S.C. 14 Civ. 497 (C.D. Cal 13 Civ. 6116)

1. Edmondson v. Pfizer Inc., et al., D.S.C. 14 Civ. 503 (C.D. Cal. 13 Civ. 1489)
2. Frazier v. Pfizer Inc., et al., 13 Civ. 7605
3. Harris v. Pfizer Inc., et al. 14 Civ. 1030
4. Heesen, et al. v. Pfizer Inc. 13 Civ. 2315
5. Hervey et al. v. Pfizer Inc., 14 Civ. 229
6. Isom v. Pfizer Inc., et al., D.S.C. 14 Civ. 504 (C.D. Cal. 13 Civ. 1250)
7. Jackson v. Pfizer inc., 14 Civ. 562
8. Lott-Person v. Pfizer Inc., et al., 13 Civ. 7607
9. Manning, et al. v. Pfizer Inc, et al., 13 Civ. 2326
10. Rumph, et al. v. Pfizer Inc., 13 Civ. 1871
11. Schulte v. Pfizer Inc., 13 Civ. 1873
12. Valenti v. Pfizer Inc., 13 Civ. 8708
13. Williams, et al. v. Pfizer Inc., et al., 13 Civ. 1875

In addition to the above cases, Pfizer has removed, or is in the process of removing, the following cases at the same time as this action, but is not yet aware of docket numbers in these cases:

Adamian, et al. v. Pfizer Inc., et al.

Adamyan, et al. v. Pfizer Inc., et al.

Alberstone, et al. v. Pfizer Inc., et al.

Alexander Reynolds, et al. v. Pfizer Inc.

Alvardo v. Pfizer Inc., et al.

Anderson, et al. v. Pfizer Inc., et al.

Andres, et al. v. Pfizer Inc., et al.

Avila, et al. v. Pfizer Inc., et al.

Azzam, et al. v. Pfizer Inc., et al.

Bagdasarian, et al. v. Pfizer Inc., et al.

Bailey, et al. v. Pfizer Inc., et al.

Banks, et al. v. Pfizer Inc., et al.

| | |
|---|---|
| 1 | Banks, et al. v. Pfizer Inc., et al. |
| 2 | Beima, et al. v. Pfizer Inc., et al. |
| 3 | Benons, et al. v. Pfizer Inc., et al. |
| 4 | Bowser v. Pfizer Inc., et al. |
| 5 | Bradley, et al. v. Pfizer Inc., et al. |
| 6 | Brown, et al. v. Pfizer Inc., et al. |
| 7 | Calabretta, et al. v. Pfizer Inc., et al. |
| 8 | Carbajal, et al. v. Pfizer Inc., et al. |
| 9 | Choate, et al. v. Pfizer Inc., et al. |
| 10 | Constant v. Pfizer Inc., et al. |
| 11 | Curley, et al. v. Pfizer Inc., et al. |
| 12 | Davis v. Pfizer Inc., et al. |
| 13 | Dearmore, et al. v. Pfizer Inc., et al. |
| 14 | Diaz, et al. v. Pfizer Inc., et al. |
| 15 | Dow, et al. v. Pfizer Inc., et al. |
| 16 | English, et al. v. Pfizer Inc., et al. |
| 17 | Ferberdino, et al. v. Pfizer Inc., et al. |
| 18 | Fernandez, et al. v. Pfizer Inc., et al. |
| 19 | Franzone, et al. v. Pfizer Inc., et al. |
| 20 | Frields, et al. v. Pfizer Inc., et al. |
| 21 | Garcia, et al. v. Pfizer Inc., et al. |
| 22 | Gray, et al. v. Pfizer Inc., et al. |
| 23 | Gunawan, et al. v. Pfizer Inc., et al |
| 24 | Hare, et al. v. Pfizer Inc., et al. |
| 25 | Harris, et al. v. Pfizer Inc., et al. |
| 26 | Hill, et al. v. Pfizer Inc., et al. |
| 27 | Hodges al. v. Pfizer Inc., et al. |
| 28 | Isrel, et al. v. Pfizer Inc., et al. |

| | |
|---|---|
| 1 | Johnson, et al. v. Pfizer Inc., et al. |
| 2 | Johnson, et al. v. Pfizer Inc., et al. |
| 3 | Jordan, et al. v. Pfizer Inc., et al. |
| 4 | Kelley, et al. v. Pfizer Inc., et al. |
| 5 | Kessler, et al. v. Pfizer Inc., et al. |
| 6 | Kessner, et al. v. Pfizer Inc., et al. |
| 7 | Kruenegel, et al. v. Pfizer Inc., et al. |
| 8 | Lewis et al. v. Pfizer Inc., et al |
| 9 | Lubenko v. Pfizer Inc., et al. |
| 10 | Lubniewski v. Pfizer Inc, et al. |
| 11 | Mckenzie, et al. v. Pfizer Inc., et al. |
| 12 | Medina, et al. v. Pfizer Inc., et al. |
| 13 | Mehta, et al. v. Pfizer Inc., et al. |
| 14 | Mejia, et al. v. Pfizer Inc., et al. |
| 15 | Miller v. Pfizer Inc., et al. |
| 16 | Obuch, et al. v. Pfizer Inc., et al. |
| 17 | Owens, et al. v. Pfizer Inc., et al. |
| 18 | Owhady, et al. v. Pfizer Inc. |
| 19 | Parker, et al. v. Pfizer Inc., et al. |
| 20 | Pierce v. Pfizer Inc., et al. |
| 21 | Powell, et al. v. Pfizer Inc., et al. |
| 22 | Reynolds, et al. v. Pfizer Inc., et al. |
| 23 | Richard, et al. v. Pfizer Inc. |
| 24 | Richards v. Pfizer Inc., et al. |
| 25 | Rivington, et al. v. Pfizer, Inc., et al. |
| 26 | Roberts-Anderson, et al. v. Pfizer Inc., et al. |
| 27 | Robinson, et al. v. Pfizer Inc., et al. |
| 28 | Roy, et al. v. Pfizer Inc., et al. |

| | |
|---|---|
| 1 | Salvo, et al. v. Pfizer Inc., et al. |
| 2 | Siegel, et al. v. Pfizer Inc., et al. |
| 3 | Sims-Lewis, et al. v. Pfizer Inc., et al. |
| 4 | Southard, et al. v. Pfizer Inc., et al. |
| 5 | Stanton, et al. v. Pfizer Inc., et al. |
| 6 | Tate, et al. v. Pfizer Inc., et al. |
| 7 | Valentine, et al. v. Pfizer Inc., et al. |
| 8 | Wakabayashi v. Pfizer Inc., et al. |
| 9 | Weisman, et al. v. Pfizer Inc., et al. |
| 10 | Whitaker, et al. v. Pfizer Inc., et al. |
| 11 | Williams v. Pfizer Inc., et al |
| 12 | Williams, et al. v. Pfizer Inc., et al. |
| 13 | Williams, et al. v. Pfizer Inc., et al. |
| 14 | Williams, et al. v. Pfizer Inc., et al. |
| 15 | Willis v. Pfizer Inc., et al. |
| 16 | Zullo, et al. v. Pfizer Inc., et al. |

Pfizer will supplement its Notice of Related Cases with docket numbers when it receives such information.

Dated: March 12, 2014

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By _____
Marshall Searcy

Attorneys for Defendant Pfizer Inc.