

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
312 North Spring Street, Room G–8
Los Angeles, CA 90012
Tel: (213) 894–3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701–4516
(714) 338–4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328–4450

**KIRY K. GRAY**
Clerk of Court

May 23, 2017

Superior Court of the State of California, County of Los Angeles
111 N. Hill Street
Los Angeles, CA 90012

Re:  Case Number:  2:14–cv–01823–CJC–JPR
     Previously Superior Court Case No.  BC537847
     Case Name:  MATTIE KING ET AL V. PFIZER, INC.

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on  5/23/2017 , the above–referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

Respectfully,

Clerk, U.S. District Court

By: /s/ *Rolls Royce Paschal*
    Deputy Clerk
    714–338–4565
    Southern Division

*cc: Counsel of record*

---

Receipt is acknowledged of the documents described herein.

Clerk, Superior Court

_____          By: _____
Date                                    Deputy Clerk

CV–103 (10/15)    LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT (CIVIL)